LAW OFFICE

**BARRY A. WEINSTEIN, ESQ., P.C.**
40 Wall Street
Suite 4001
New York, New York 10005

bweinstein2248@gmail.com Tel:(718) 665-9000
Cell: 973-985-9000

November 23, 2026

Hon. Loretta Preska
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

ORDER

Re: U.S. v. Erick Marcano
Ind. No. 26 CR 513 (LAP)

Dear Judge Preska:

As this Court is aware, Mr. Marcano has been released on a bond in which he is being supervised by pretrial services in New Jersey. Conditions of his release include home detention with an electronic monitor.

Mr. Marcano wishes to spend Thanksgiving, November 26, 2026, at his mother, Dulcinalda Marcano's home. His mother lives at 1132 Rosedale Avenue, Bronx, New York 10472. Mr. Marcano is residing at 315 Park Avenue, apartment 14, Paterson, New Jersey 07524 with one of his co-signers, Melody Singh. If given permission, Ms. Singh will drive Mr. Marcano to and from his mother's home. Because of what is expected to be a heavy traffic day, the defense is requesting he be released at 10 a.m. and to return home by 10 p.m.

I have been advised by pretrial services that an Order from Your Honor is necessary for them to approve this request. If this request is granted, all conditions of his bond will remain in full force and effect.

It is respectfully requested that this Court grant an Order permitting Mr. Marcano to spend Thanksgiving, Thursday, November 26, 2026, at his mother's home as requested in the within Proposed Order.

Respectfully submitted,

________/s/____
Barry Weinstein

The underlined request is GRANTED.

**SO ORDERED.**

Loretta A. Preska
Senior United States District Judge

Dated: New York, New York
November 24, 2026